No. 97–1198. MOORE *v.* CITY OF WESTMINSTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1221. RING *v.* FEDERAL NATIONAL MORTGAGE ASSOCIATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1237. LOCAL UNION 7107, UNITED MINE WORKERS OF AMERICA, DISTRICT 28 *v.* CLINCHFIELD COAL CO. C. A. 4th Cir. Certiorari denied.

No. 97–1266. PATENT OFFICE PROFESSIONAL ASSN. *v.* FEDERAL LABOR RELATIONS AUTHORITY. C. A. D. C. Cir. Certiorari denied.

No. 97–1268. SCHOUMAN *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1270. BIRD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1277. HASELOW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–1281. MOORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1304. HUGHES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1305. GOLLAPUDI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–1306. WRIGHT *v.* MASS TRANSIT ADMINISTRATION. Ct. Sp. App. Md. Certiorari denied.

No. 97–6033. WASHINGTON *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 97–6353. NEWBY *v.* MILLER, GOVERNOR OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6410. JACKSON *v.* DAY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.